UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                      :
LOUIE L. MENDY,                                       :
                                                      :
                          Plaintiff,                  :
                                                      :              26-CV-3286 (JMF)
          -v-                                         :
                                                      :                  ORDER
ROYAL AIR MAROC LTD.,                                 :
                                                      :
                          Defendant.                  :
                                                      :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's April 23, 2026 Order, ECF No. 5, the parties were required to file a joint letter and case management plan, the contents of which are described therein, no later than June 11, 2026.  To date, nothing to that effect has been filed.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 15, 2026**.  Failure to file by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

      SO ORDERED.

Dated:  June 12, 2026
       New York, New York
                                      JESSE M. FURMAN
                             United States District Judge